## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **J.G.**, | Civ. No. 11-2887 (WJM) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **C.M.**, | |
| **Defendant.** | |

This matter comes before the Court on Defendant's Motion to Dismiss those counts in Plaintiff's Complaint seeking relief for violations of New Jersey law pursuant to Federal Rule of Civil Procedure 12(b)(6); and for the reasons set forth in the Opinion; and for good cause appearing,

**IT IS** on this 17th day of November 2011, hereby,

**ORDERED** that Maryland law applies to Plaintiff's claims arising from Defendant's alleged sexual abuse;

**FURTHER ORDERED** that Defendant's Motion to Dismiss Counts One, Six, Seven, Eight and Nine of Plaintiff's Amended Complaint is **GRANTED**.

s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**