UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **J.G.,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**C.M.,**<br><br>　　　　　　　**Defendant.** | Civil Action No. 11-2887(WJM) |
| **C.M.,**<br><br>　　　　　　　**Third-Party Plaintiff,**<br><br>　　v.<br><br>**V.G., N.G. and Mary Jo Lynch.,**<br><br>　　　　　　　**Third-Party Defendants.** | <u>**ORDER**</u> |

　　　　**THIS MATTER** having come before the Court upon Defendant C.M.'s Motion to Seal [Docket Entry No. 63] ; and the Court having considered all submissions in connection with the motion; and the Court having found that the documents sought to be sealed contain highly confidential information; and for good cause shown;

　　　　**IT IS on this 28th day of December 2012**

　　　　**ORDERED** that, Defendant C.M.'s motion to seal [Docket Entry No. 63] is **granted in part** and **denied in part without prejudice**; and it is further

　　　　**ORDERED** that, those portions of the following documents identifying the names of the parties which are to remain confidential, and containing, referring or quoting from the deposition transcripts which the parties have agreed are confidential pursuant to the terms of the Discovery Confidentiality Order [Docket Entry No. 52] shall be sealed:

　　　　1.　　　　Defendant C.M.'s Memorandum of Law in opposition to Third-Party Defendant Mary Jo Lynch's Motion For Summary Judgment;

1

    2.        Declaration of Andrew R. Macklin, Esq. and Exhibits in Opposition to Third-Party Defendant Mary Jo Lynch's Motion for Summary Judgment;

    3.        Defendant C.M.'s Response to Third-Party Defendant Mary Jo Lynch's Statement of Material Facts;

    4.        Defendant C.M.'s Supplemental Statement of Facts in Opposition to Third-Party Defendant Mary Jo Lynch's Motion for Summary Judgment; and

    5.        Declaration of Andrew R. Macklin, Esq. in Support of C.M.'s Objection to Third-Party Defendant Mary Jo Lynch's Motion for Summary Judgment due to Unavailable Facts Pursuant to Fed.R.Civ.P. 56(d); and it is further

**ORDERED** that, Defendant C.M.'s request to seal the supplemental declaration to be submitted containing portions of Third-Party Defendant Mary Jo Lynch's confidential deposition transcript is **denied without prejudice**; Defendant C.M. may renew the motion once the material becomes available; and it is further

**ORDERED** that, Defendant C.M. file a redacted version of all documents he seeks to seal by virtue of this Order by January 15, 2013.

    s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**