```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
J.G.,

     Plaintiff,                      2:11-CV-2887WJM

v.
                                     ORDER OF DISMISSAL
C.M.,

     Defendant.
-----------------------------X
C.M.,

     Third Party Plaintiff,

v.

V.G. and N.G.,

     Third Party Defendants.
-----------------------------X
```

The parties indicated this matter is settled; the terms of the settlement having been placed on the record in open court,

It is on this 23rd day of October, 2014

ORDERED that this matter is hereby dismissed with prejudice.

s/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.