IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.G. | : CIVIL ACTION |
|       Plaintiff, | : |
|    v. | : 11-2887 (WJM/MF) |
| C.M. | : |
|       Defendant. | : |
| | |
| C.M. | : |
|       Third-Party Plaintiff, | : |
|    v. | : |
| V.G., N.G. and Mary Jo Lynch | : |
|       Third-Party Defendants. | : |

## MOTION TO CORRECT FEBRUARY 24, 2015 RECORD

TO:    Paul R. Rizzo, Esquire
DiFrancesco, Bateman, Coley, Yospin
Kunzman, Davis & Lehrer, P.C.
15 Mountain Boulevard
Warren, NJ 07059

Andrew R. Macklin, Esquire
Cohn, Lifland, Pearlman, Herrmann & Knopf, LLP
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663

**PLEASE TAKE NOTICE**, that the undersigned attorney for Counterclaim Defendant J.G. and Third-Party Defendants V.G. and N.G., will move before the United States District Court, District of New Jersey, Newark Vicinage on Monday, April 6, 2015 at 9:00 a.m. or as soon thereafter as counsel may be heard for an Order correcting the February 24, 2015 record.

15073209v.1

The undersigned counsel will rely on the attached Declaration, party affidavits and memorandum of law in support of this application.

Respectfully submitted,

**WHITE AND WILLIAMS LLP**
Attorneys for Counterclaim Defendant, J.G. and Third-Party Defendants, V.G. and N.G.

By: _____
Jared K. Levy, Esquire
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ  08002-2220
Phone: 856.317.3600

Dated:   March 10, 2015

15073209v.1